Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

MARITA E. HYMAN, Appellant, v ARTHUR SCHWARTZ et al., Respondents.

MARITA E. HYMAN, Appellant, v ARTHUR SCHWARTZ, Respondent.

Submitted October 24, 2016; decided December 22, 2016

Reported below, 2016 NY Slip Op 74811(U); 2016 NY Slip Op 74812(U).

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 901 (2016)].

Judge STEIN taking no part.

JACK KELLY PARTNERS LLC, Respondent, v ELSA ZEGELSTEIN et al., Appellants.

Submitted October 24, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CONSTANTINE JACKSON, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted October 31, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge FAHEY taking no part.